FILED by YH D.C.

Nov 8, 2018

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. – MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. **18-20874-CR-COOKE/GOODMAN**

18 U.S.C. § 1349
18 U.S.C. § 1343
18 U.S.C. § 982(a)(1)(C)

UNITED STATES OF AMERICA

vs.

**MERKOURIOS ALEXOPOULOS** and
**SABRINA SCHNEKKER,**

      Defendants.

_____/

## INDICTMENT

The Grand Jury charges that:

### GENERAL ALLEGATIONS

At all times material to this Indictment:

1.  Insurance Auctions, LLC (IALLC), formerly known as GSA Auctions, LLC (GSA), was a Florida limited liability company whose principal place of business was 401 East Las Olas Boulevard, Suite 130, Fort Lauderdale, Florida.

2.  Online Insurance Auctions, Inc. (OIA) was a Florida corporation whose principal place of business was 401 East Las Olas Boulevard, Suite 130, Fort Lauderdale, Florida.

3.  Insurance Auctions Direct, Inc. (IAD) was a Delaware corporation whose principal place of business was 1000 North West Street, Suite 1200, Wilmington, Delaware. **SABRINA SCHNEKKER** was the President of IAD.

4. My Dealer Auction Corporation (MDA) was a Florida corporation whose principal place of business was 450 Alton Road, #3203, Miami Beach, Florida. **MERKOURIOS ALEXOPOULOS** was the President of MDA.

5. Insurance Auctions, Inc. (IAI) was a Delaware corporation whose principal place of business was 300 Delaware Avenue, Suite 210, Wilmington, Delaware. **MERKOURIOS ALEXOPOULOS** was the Director of IAI.

6. EZ Haul, Inc. (EZH) was a Florida corporation whose principal place of business was 1200 Brickell Avenue, Suite 1950, Miami, Florida. **MERKOURIOS ALEXOPOULOS** was the President of EZH.

7. I Bid Live, Inc. (IBL) was a Florida corporation whose principal place of business was 1200 Brickell Avenue, Suite 1950, Miami, Florida. **MERKOURIOS ALEXOPOULOS** was the President of IBL.

8. Online Payment Solutions (OPS) was a Florida corporation whose principal place of business was 1200 Brickell Avenue, Suite 1950, Miami, Florida. **MERKOURIOS ALEXOPOULOS** was the Vice-President of OPS.

9. Insurance Auctions, Inc. (IA) was a Florida corporation whose principal place of business was 333 SE 2nd Avenue, Suite 2000, Miami, Florida. **MERKOURIOS ALEXOPOULOS** was the President of IA.

10. Salvageworldauctions.com was an online retailer created by **MERKOURIOS ALEXOPOULOS**, which purported to sell salvaged vehicles.

11. Defendant **MERKOURIOS ALEXOPOULOS** was a resident of Miami-Dade County, Florida.

12. Defendant **SABRINA SCHNEKKER** was a resident of Massapequa, New York.

## COUNT 1
### Conspiracy to Commit Wire Fraud
### (18 U.S.C. § 1349)

1. The General Allegations section of this Indictment is re-alleged and incorporated by reference as though fully set forth herein.

2. From in or around August 2013, through in or around May 2018, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendants,

**MERKOURIOS ALEXOPOULOS and
SABRINA SCHNEKKER,**

did knowingly and willfully, that is, with the intent to further the object of the conspiracy, combine, conspire, confederate and agree with each other and with others known and unknown to the Grand Jury, to commit an offense against the United States, that is, to knowingly and with intent to defraud, devise and intend to devise a scheme and artifice to defraud and to obtain money and property by means of materially false and fraudulent pretenses, representations and promises, knowing that the pretenses, representations, and promises were false and fraudulent when made, and for the purpose of executing the scheme and artifice to defraud, did knowingly transmit and cause to be transmitted, by means of wire communication in interstate and foreign commerce, certain writings, signs, signals, pictures and sounds, in violation of Title 18, United States Code, Section 1343.

### PURPOSE OF THE CONSPIRACY

3. It was the purpose of the conspiracy for **MERKOURIOS ALEXOPOULOS** and **SABRINA SCHNEKKER**, and their co-conspirators to unlawfully enrich themselves through the

3

creation of materially false and fraudulent online motor vehicle auctions intended to induce victims to bid on, and make payments for, vehicles which were never in fact provided to the victims.

## MANNER AND MEANS OF THE CONSPIRACY

The manner and means by which the defendants and their co-conspirators sought to accomplish the object and purpose of the conspiracy, included, among other things, the following:

4. **MERKOURIOS ALEXOPOULOS** created Salvageworldauctions.com as an online retailer purporting to sell salvaged vehicles. Potential buyers would pay a $500 entrance fee to bid on the vehicles purportedly for sale. Once a bid was accepted, the buyer would then receive an email with instructions on how to finalize the purchase of the vehicle, and the buyer would then send a wire transfer or cashier's check in exchange for the delivery of the vehicle.

5. **MERKOURIOS ALEXOPOULOS** and **SABRINA SCHNEKKER** opened various shell companies, including GSA, OIA, IAD, MDA, IAI, EZH, IBL, OPS, and IA, among others, to accept payments falsely and fraudulently induced for the purported sale of vehicles on Salvageworldauctions.com.

6. **MERKOURIOS ALEXOPOULOS** and **SABRINA SCHNEKKER** opened bank accounts at various banks, including City National Bank, Citi Bank, PNC Bank, Wells Fargo, Regions Bank, BB&T, Suntrust Bank, and Chase Bank, among others, in the names of their shell companies.

7. **MERKOURIOS ALEXOPOULOS** falsely and fraudulently posted vehicles for auction on Salvageworldauctions.com.

8. Individual purchasers would bid for the purported vehicles until the auctions expired. **MERKOURIOS ALEXOPOULOS** then sent false and fraudulent e-mails, utilizing the

4

e-mail account info@salvageworldauctions.com, discussing the final terms for the payment and delivery of the vehicles with the individual purchasers.

9. Through these emails, **MERKOURIOS ALEXOPOULOS** instructed the purchasers to send the purchase monies via wire transfer or money orders to the various bank accounts controlled by **ALEXOPOULOS** and **SABRINA SCHNEKKER** and maintained at City National Bank, Citi Bank, PNC Bank, Wells Fargo, Regions Bank, BB&T, Suntrust Bank, and Chase Bank, among others.

10. After the victims transferred the purchase monies to the bank accounts controlled by **MERKOURIOS ALEXOPOULOS** and **SABRINA SCHNEKKER**, the conspirators would use those monies to pay their personal expenses and to further their fraud.

11. **MERKOURIOS ALEXOPOULOS** and **SABRINA SCHNEKKER** never delivered, nor did the victims receive, the vehicles ordered and paid for by the victim purchasers from **ALEXOPOULOS** and **SCHNEKKER** through Salvageworldauctions.com.

All in violation of Title 18, United States Code, Section 1349.

## COUNTS 2 - 5
### Wire Fraud
### (18 U.S.C. §§1343 and 2)

From in or around August 2013, through in or around May 2018, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendants,

**MERKOURIOS ALEXOPOULOS and
SABRINA SCHNEKKER,**

did knowingly, and with intent to defraud, devise and intend to devise a scheme and artifice to defraud, and to obtain money and property by means of materially false and fraudulent pretenses,

5

representations, and promises, knowing that the pretenses, representations, and promises were false and fraudulent when made, and, for the purpose of executing the scheme and artifice, did knowingly transmit and cause to be transmitted, by means of wire communication in interstate and foreign commerce, certain writings, signs, signals, pictures and sounds, in violation of Title 18, United States Code, Section 1343.

## PURPOSE OF THE SCHEME AND ARTIFICE

1. It was the purpose of the scheme and artifice for **MERKOURIOS ALEXOPOULOS** and **SABRINA SCHNEKKER** and their accomplices to unlawfully enrich themselves through the creation of materially false and fraudulent motor vehicle auctions intended to induce victims to bid on, and make payments for, vehicles which were never in fact provided to the victims.

## SCHEME AND ARTIFICE

2. Paragraphs 4 through 11 of the Manner and Means section from Count 1 of this Indictment are re-alleged and incorporated by reference as though fully set forth herein as the description of the scheme and artifice.

## USE OF THE WIRES

3. On or about the dates specified as to each count below, in Miami-Dade County, in the Southern District of Florida, the defendants, as specified as to each count below, for the purpose of executing and in furtherance of the aforesaid scheme and artifice to defraud, and to obtain money and property by means of materially false and fraudulent pretenses, representations, and promises, knowing that the pretenses, representations, and promises were false and fraudulent when made, did knowingly transmit and cause to be transmitted by means of wire communication

in interstate and foreign commerce, certain writings, signs, signals, pictures, and sounds, as more specifically described below:

| COUNT | DEFENDANT(S) | APPROXIMATE DATE | DESCRIPTION OF WIRE COMMUNICATION |
|---|---|---|---|
| 2 | **MERKOURIOS ALEXOPOULOS** | August 8, 2014 | Wire transfer in the approximate amount of $37,373 from victim "J.F.'s" Chase Bank account in California to GSA Auctions LLC's Wells Fargo bank account ending in –7585 in the Southern District of Florida. |
| 3 | **SABRINA SCHENEKKER** and **MERKOURIOS ALEXOPOULOS** | January 22, 2016 | Wire transfer in the approximate amount of $34,250 from victim "S.N.'s" Chase Bank account in California, to I Bid Live Inc.'s Chase bank account ending in -7783 in the Southern District of Florida. |
| 4 | **MERKOURIOS ALEXOPOULOS** | September 12, 2017 | Wire transfer in the approximate amount of $42,500 from victim "S.C.'s" BBVA Compass Bank account in Texas to Insurance Auctions Inc.'s City National bank account ending in -1167 in the Southern District of Florida. |
| 5 | **MERKOURIOS ALEXOPOULOS** | October 17, 2017 | Wire transfer in the approximate amount of $56,746 from victim "H.S.A.'s" Open Bank account in California to Insurance Auctions Inc.'s City National bank account ending in -1167 in the Southern District of Florida. |

In violation of Title 18, United States Code, Sections 1343 and 2.

## FORFEITURE ALLEGATIONS

1. The allegations of this Indictment are hereby re-alleged by reference fully incorporated herein for the purpose of alleging criminal forfeiture to the United States of America of certain property in which one of more of the defendants, **MERKOURIOS ALEXOPOULOS** and **SABRINA SCHNEKKER**, have an interest.

2. Upon conviction of a violation of Title 18, United States Code, Section 1343 and/or a conspiracy to commit such a violation, as alleged in Counts 1 through 5 of this Indictment, the defendants shall each forfeit to the United States of America all property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of such violation, pursuant to Title 18, United States Code, Section 981(a)(1)(C).

All pursuant to Title 18, United States Code, Section 981(a)(1)(C), and the procedures set forth at Title 21, United States Code, Section 853, made applicable by Title 28, United States Code, Section 2461(c).

A TRUE BILL

FOREPERSON

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

JONATHAN D. STRATTON
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

CASE NO. _____

v.

MERKOURIOS ALEXOPOULOS, and
SABRINA SCHNEKKER,

**CERTIFICATE OF TRIAL ATTORNEY\***

Defendants.         /

**Superseding Case Information:**

**Court Division**: (Select One)

- [✓] Miami
- [ ] Key West
- [ ] FTL
- [ ] WPB
- [ ] FTP

New Defendant(s)     Yes [ ]     No [ ]
Number of New Defendants _____
Total number of counts _____

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:     (Yes or No)     No
   List language and/or dialect     _____

4. This case will take    5-7    days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)
   - I    0 to 5 days        [ ]
   - II   6 to 10 days       [✓]
   - III  11 to 20 days      [ ]
   - IV   21 to 60 days      [ ]
   - V    61 days and over

   (Check only one)
   - Petty     [ ]
   - Minor     [ ]
   - Misdem.   [ ]
   - Felony    [✓]

6. Has this case been previously filed in this District Court?   (Yes or No)   No
   If yes:
   Judge: _____   Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?   (Yes or No)   No
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the District of _____
   Is this a potential death penalty case? (Yes or No)   No

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?     Yes [ ]     No [✓]

Jonathan D. Stratton
ASSISTANT UNITED STATES ATTORNEY
FLORIDA BAR NO. 93075

\*Penalty Sheet(s) attached

REV 4/8/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** MERKOURIOS ALEXOPOULOS

**Case No:** _____

Count #: 1

Conspiracy to Commit Wire Fraud

Title 18, United States Code, Section 1349

**\*Max. Penalty:** 20 Years' Imprisonment

Counts #: 2-5

Wire Fraud

Title 18, United States Code, Section 1343

**\*Max. Penalty:** 20 Years' Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** SABRINA SCHNEKKER

**Case No:** _____

Count #: 1

Conspiracy to Commit Wire Fraud

Title 18, United States Code, Section 1349

**\*Max. Penalty:** 20 Years' Imprisonment

Count #: 3

Wire Fraud

Title 18, United States Code, Section 1343

**\*Max. Penalty:** 20 Years' Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**